UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ahmad B. Nurriddin<br>    Plaintiff,<br><br>        v.<br><br>Michael Griffin, Administrator<br>National Aeronautics and Space Administration<br>    Defendant | Civil Action No. 04-2052 (JDB) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT**

Plaintiff respectfully notifies the Court of his opposition to Defendant's Motion for Enlargement of Time. Despite the Court's specific caution and plain instruction that the parties not seek enlargements, Defendant's counsel notified Plaintiff Nurriddin of the Defendant's intent to file for an enlargement.

Plaintiff Nurriddin opposes Defendant being granted an enlargement. The Defendant's Motion for an Enlargement should be denied.

RECEIVED
NOV 9 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Ahmad Nurriddin
740 – Sixth Street, SW
Washington, DC 20024

Dated: November 8, 2006

1

## CERTIFICATE OF SERVICE

I certify that on November 8, 2006, I caused the foregoing to be served by facsimile, to the Respondent at:

Charlotte Abel
Assistant United States Attorney
555 – 4th Street, NW
Washington, DC 20530
(202) 514-8780 Facsimile

_____
Ahmad Nurriddin
740 – Sixth Street, SW
Washington, DC 20024