UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AHMAD B. NURRIDDIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-2052 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER SCOLESE, | ) | |
| ADMINISTRATOR,[1] NASA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' RESPONSE TO MOTION FOR STATUS HEARING

Defendants, though counsel, take no position on Plaintiff's recent motion for a status hearing and recognize that this matter is committed to the Court's discretion. In the event that the Court decides to schedule a status hearing, the undersigned notes that she is unavailable due to training and vacation on: October 27; November 13; and November 27, 2009.

October 20, 2009            Respectfully submitted,

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　CHANNING D. PHILLIPS, D.C. BAR #415793
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar # 483789
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 514-7153

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Christopher Scolese, as Acting Administrator of NASA, is substituted for Michael Griffin as Administrator of NASA.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on October 20, 2009 via postage prepaid mail upon:

AHMAD B. NURRIDDIN
Room 312
740 Sixth Street, SW
Washington, DC 20024

                                                /S/
                                      ANDREA McBARNETTE, D.C. Bar  #483789
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7153